# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-1050

_____

| | | |
|---|---|---|
| Ricco Lonzell Winfrey, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Southern District of Iowa. |
| United States of America, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: March 7, 2002

Filed: March 8, 2002

_____

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Ricco Winfrey appeals the district court's[1] denial of his motion challenging his sentence under Apprendi v. New Jersey, 530 U.S. 466 (2000). For the reasons stated by the district court, the judgment is affirmed. See 8th Cir. R. 47B.

_____

[1]The Honorable Charles R. Wolle, United States District Judge for the Southern District of Iowa.

A true copy.

Attest:

       CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.